UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, and LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Ross Pepe, and Jeffrey Isaacs as Trustees and Fiduciaries of the Funds, et al.,

            Plaintiffs,

-against-

PCI INDUSTRIES CORP., et al.,

            Defendants.

**ORDER**

21-CV-09316 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case. (Doc. 32; Doc. 33). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

SO ORDERED:

Dated: White Plains, New York
       August 23, 2022

_____
PHILIP M. HALPERN
United States District Judge