UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

                                      Plaintiffs,

- against –

PCI INDUSTRIES CORP. and ROBERT PERSICO, Individually,

                                      Defendants

---

> Defendants are directed to file a response to Plaintiffs' Second Motion for Confessed Judgment by February 16, 2023.
>
> The parties are ordered to appear for an in-person conference regarding Plaintiffs' Second Motion for Confessed Judgment on February 28, 2023 at 10:00 a.m.
>
> **SO ORDERED.**
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         February 2, 2023

---

**PLEASE TAKE NOTICE**, that upon the Affidavit of Brenda Ritch, sworn to the 31st day of January 2023, together with all the exhibits attached thereto, the Affidavit of Daniel Kornfeld, sworn to the 1st day day of February, 2023, together with all the exhibits attached thereto, as well as the Memorandum of Law in Support of the Motion for Confessed Judgment, and the Certificate of Service, an application will be made to the United States District Court for the Southern District of New York at a motion term thereof to be held at the United States Court House, White Plains, New York, on a date and at a time to be determined by the Court, with the hearing to determine whether to enter confessed judgment in favor of Plaintiffs and against the Defendants PCI Industries Corp. and Robert Persico, individually, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure and Section 3218(b) of New York's Civil Practice Law and Rules, together with such other and further relief as the Court deems just and proper.

The grounds for the motion are set forth in the Memorandum of Law attached to this Notice. In the event Defendants submit opposing affidavits and/or answering memoranda, Plaintiffs reserve the right to submit reply affidavits and/or memorandum of law as appropriate.

Dated: February 1, 2023

**BLITMAN & KING LLP**

By: _____
Daniel Kornfeld, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
1441 Broadway, Suite 5062
New York, New York 10018
Telephone: (212) 643-2672
Facsimile: (929) 219-3707
e-mail: dekornfeld@bklawyers.com

TO: Mr. Clifford Greene, Esq.
Attorney for Defendants
Office and Post Office Address
700 White Plains Post Road, Suite 309
Scarsdale, New York 10583
Telephone: (914) 738-5992
e-mail: Cliff@chgandassociates.com