Bernard T. King
Charles E. Blitman*
Jennifer A. Clark
Kenneth L. Wagner
Timothy R. Bauman
Nathaniel G. Lambright
Daniel E. Kornfeld◊⌂
Daniel R. Brice*
Brian J. LaClair
Bryan T. Arnault*€
Nolan J. Lafler

◊ Also admitted in DC
* Also admitted in MA
⌂ Also admitted in MD
€ Also admitted in PA

Benjamin M. Burdick
Robert L. Menard
Robert P. Sands
F. Wesley Turner

*Of Counsel*
James R. LaVaute
Jules L. Smith
Donald D. Oliver

Blitman

Attorneys and Cou

Syracuse • Rochester •

*bklawyers*

Plaintiffs' request for a conference to discuss the consolidation of this case is DENIED.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 53.

**SO ORDERED.**

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
May 3, 2023

**VIA ELECTRONIC FILING AND REGULAR MAIL**

May 3, 2

*dekornfeld@bkl*

The Honorable Philip M. Halpern
United States District Court Judge
Federal Building and U.S. Courthouse
300 Quarropas Street, Courtroom 520
White Plains, New York 10601-4150

**Re:** ***Teamsters Local 456 Pension Fund, et al. v. PCI Industries Corp., et al.,***
**Civil Action No.: 7:21-cv-09316 (PMH/JCM)**

Dear Judge Halpern:

As you may recall, this firm represents Plaintiffs concerning the above referenced case before the United States District Court for the Southern District of New York. This letter requests a conference with the Court in accordance with the Order entered on March 1, 2023 [ Docket No. 52 ]. A copy of the Order is enclosed for your convenience.

Since the hearing on February 28, 2032, the parties have tried to resolve the dispute concerning contributions and deductions owed to these multiemployer plans. When these efforts failed, the Funds requested that their auditors review the employer's books and records to see if that could resolve the dispute. On April 4, 2023, the auditors issued the attached reports, and the Funds provided the reports to the employer on the same day. Since then, I have had telephone conferences and e-mail messages with counsel for Defendants, but we have been unable to resolve the dispute. Accordingly, the Funds commenced a second lawsuit concerning the contributions, deductions, and other amounts owed to Plaintiffs as described in the audit reports.

With this letter, Plaintiffs request a conference with the Court to discuss the consolidation of the cases. Rule 42 of the Federal Rules of Civil Procedure provides generally that the courts consider (i) the convenience and economy of the time relating to the parties or their witnesses, (ii) the convenience and economy of the Court, (iii) the possibility that by a determination of one issue the trial of other issues would be avoided, (iv) the degree of repetition that might be involved in determining the cases separately, (v) whether both cases would be determinable by a jury or whether one would be a matter solely within the cognizance of the Court, and (vi) whether the trying of the cases together would necessarily



work prejudice against one or the other of the parties, which could not be avoided by proper instructions. *See Larsen v. Powell*, 16 F.R.D. 322, 323 (D. Colo. 1954). Pursuant to these standards, motions to consolidate should be granted to avoid repetitious actions and for the convenience of the parties and the Court absent prejudice to a party opposing the motion. *See e.g.*, *Hannah v. Wal-Mart Stores, Inc.*, 2015 U.S. DIST LEXIS 78306, *17 (D. Conn. June 17, 2015); *Jenkins v. Gaylord Entm't Co.*, 840 F. Supp. 2d 873, 884 (D. Md. 2012).

Considering the facts and circumstances of both cases, the need to avoid duplicative proceedings, the convenience of the parties as well as the Court, and the absence of any prejudice to the other parties to the actions, Plaintiffs respectfully request a conference with the District Court to discuss the consolidation of these cases. Moreover, with this letter, I confirm that I conferred with counsel for Defendants on April 10, 19, and 27, 2023 about this request for about half an hour. Despite these conferences, the parties were unable to resolve the dispute. Accordingly, we respectfully request a telephone conference with the Court pursuant to the enclosed order.

Thank you for your consideration of this request.

Respectfully submitted,

**BLITMAN & KING LLP**

Daniel Kornfeld

DEK/tss
Encl.

cc: Brenda Ritch, Fund Administrator (w/ encl.)
Teamster Local 456 Funds
160 South Central Ave.
Elmsford, New York 10523

Mr. Clifford Greene, Esq. (w/ encl.)
700 White Plains Post Road, Suite 309
Scarsdale, New York 10583

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

Plaintiffs,

-against-

PCI INDUSTRIES CORP. and ROBERT PERSICO, Individually,

Defendants.

**ORDER**

21-CV-09316 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held an in-person conference on February 28, 2023 regarding Plaintiffs' Motion for Entry of a Judgment by Confession (Doc. 45), as discussed in further detail on the record:

1. Plaintiffs represented to the Court that they are withdrawing their Motion for Entry of a Judgment by Confession. The Clerk of Court is directed to terminate the motion sequence pending at Doc. 45.

2. Plaintiffs shall not renew their Motion for Entry of a Judgment by Confession or otherwise seek relief or enforcement of the Order on the Stipulation of Conditional Discontinuance entered by this Court on August 29, 2022 (Doc. 36, hereafter, "Settlement Agreement") without first meeting and conferring with Defendants' counsel. Plaintiffs shall file a letter requesting a pre-motion conference before seeking any relief concerning or enforcement of the Settlement Agreement. Plaintiffs shall certify in their pre-motion conference letter that the parties have met

and conferred, identifying the date and amount of time spent. Defendants shall file a response to Plaintiffs' pre-motion letter within three (3) days of any such letter being filed.

3. Plaintiffs may not seek relief concerning or the enforcement of the terms and conditions of the Settlement Agreement based upon the amount of any future contribution obligations of Defendants to Plaintiffs.

**SO ORDERED.**

Dated: White Plains, New York
February 28, 2023

PHILIP M. HALPERN
United States District Judge

WAGNER & ZWERMAN LLP
A division of
GETTRYMARCUS

ACCOUNTING | TAX | CONSULTING

**INDEPENDENT ACCOUNTANTS' REPORT
ON APPLYING AGREED-UPON PROCEDURES**

Board of Trustees
c/o Brenda Ritch
Teamsters Local 456
Allied Benefit Funds
160 S Central Avenue
Elmsford, NY 10523

Re: Payroll Compliance Examination:
Employer Name: PCI Industries Corp.
Employer No.: 31071, 31001
Examination No.: 23-456-01
Period: January 1, 2021 through February 26, 2023

We have performed the procedures enumerated, which were agreed to by the management of the Local 456 Benefit Funds (the "Funds"), solely to assist you with respect to determining whether employer contributions provided by the referenced employer (the "Employer") of Funds' participants for the period referred to above were made in accordance with collective bargaining agreements. The management of the Funds is responsible for the collection of employer contributions. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of those parties specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose of which this report has been requested or for any other purpose.

A. **Procedure:** Gross wages reported in Employers payroll records were compared to federal and state payroll tax filings. Any discrepancies will be reported.

**Finding:** See attached report for discrepancies, if any.

B. **Procedure:** Employer's records will be read to ascertain that all employees performing covered employment were reported in remittance reports. All discrepancies will be reported.

**Finding:** See attached report for discrepancies, if any.

C. **Procedure:** Total hours worked/(paid) by/(to) each employee in covered employment were compared to total hours reported to the Funds for each employee. All discrepancies will be reported.

**Finding:** See attached report for discrepancies, if any.

GETTRY MARCUS CPA, P.C.
GETTRYMARCUS.COM

201 Old Country Rd., Suite 202, Melville, New York 11747
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797
1407 Broadway, 40th Floor, New York, New York 10018

T 631.777.1000
T 516.364.3390
T 212.302.6000

WAGNER & ZWERMAN LLP
A division of
GETTRYMARCUS

ACCOUNTING I TAX I CONSULTING

D. **Procedure:** Applicable collective bargaining agreements were read to ensure appropriate contribution rates were applied to remittances. All discrepancies will be reported.

**Finding:** See attached report for discrepancies, if any.

E. **Procedure:** Employer's cash disbursement journal and tax return was analyzed for non-payroll disbursements to covered employees and any transfers to related entities.

**Finding:** See attached report for discrepancies, if any.

F. **Procedure:** If any of the above procedures result in any indication that an affiliated company has employed persons who perform the same type of work as employees of the signatory employer or any part of a group of trades or businesses "under common control", we will request the books and records of the affiliate and perform agreed-upon procedures and report our findings.

**Finding:** See attached report for discrepancies, if any.

We were not engaged to and did not conduct an audit, the objective of which would be the expression of an opinion on whether Employers remitted contributions to the Funds in accordance with the various collective bargaining agreements. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the Funds, and is not intended and should not be used by anyone other than those specified parties.

*Wagner & Zwerman LLP*

WAGNER & ZWERMAN LLP
Certified Public Accountants

REPORT DATE: March 30, 2023
ISSUE DATE: April 3, 2023

GETTRY MARCUS CPA, P.C.
GETTRYMARCUS.COM

201 Old Country Rd., Suite 202, Melville, New York 11747
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797
1407 Broadway, 40th Floor, New York, New York 10018

T 631.777.1000
T 516.364.3390
T 212.302.6000

 ACCOUNTING | TAX | CONSULTING

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**AGREED UPON PROCEDURES REPORT**

| | | | |
|---|---|---|---|
| EMPLOYER: | PCI Industries Corp. | Exam Date: | 3/21/2023 |
| ADDRESS: | 550 Franklin Avenue | Contract Type: | GF |
| | Mt. Vernon, NY 10550 | Type of Payroll: | In-House |
| PHONE #: | 914-665-4700 | Report Date: | 3/30/2023 |
| Contact Person: | Peggie Hommel | Examiner: | Adam Novick |
| Shop # | 31071 | Examination # | 23-456-01 |

**EXAMINATION PERIOD: 1/1/2021- 12/31/2021**

| FUNDS | BENEFITS DUE | ADDITIONAL FUNDS | BENEFITS DUE |
|---|---|---|---|
| PENSION | $1,769.04 | POLITICAL ACTION | $21.60 |
| HEALTH & WELFARE | $3,334.68 | INDUSTRY ADVANCEMENT | $128.63 |
| LEGAL | $43.20 | DUES | $449.48 |
| EDUCATION & TRAINING | $54.00 | LABOR MANAGEMENT | $10.80 |
| S.U.B. | $132.15 | | |
| ANNUITY | $2,080.80 | | |
| TARGET | $202.50 | | |
| BENEFITS DUE SUBJECT TO INTEREST CHARGES | $7,616.37 | | |
| | | ADDITIONAL BENEFITS DUE** | $610.50 |
| SUBTOTAL | $7,616.37 | | |
| ADDITIONAL BENEFITS DUE** | $610.50 | | |
| **TOTAL BENEFITS** | **$8,226.87** | | |
| INTEREST @ 9.75% PER ANNUM : | $ 1,193.83 | | |
| **TOTAL BENEFITS PLUS INTEREST:** | **$9,420.70** | | |

GETTRY MARCUS CPA, P.C.
GETTRYMARCUS.COM

201 Old Country Rd., Suite 202, Melville, New York 11747
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797
1407 Broadway, 40th Floor, New York, New York 10018

T 631.777.1000
T 516.364.3390
T 212.302.6000

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : **PCI INDUSTRIES INC.**
EXAMINATION YEAR: **2021** **GF**

PERIOD: **JAN-JUNE 2021**

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| **PENSION** | 90.00 | $8.19 | $737.10 |
| **HEALTH & WELFARE** | 98.00 | $14.13 | $1,384.74 |
| **LEGAL** | 90.00 | $0.20 | $18.00 |
| **POLITICAL ACTION** | 90.00 | $0.10 | $9.00 |
| **EDUCATION & TRAINING** | 90.00 | $0.25 | $22.50 |
| **S.U.B.** | 99.00 | $0.25 | $24.75 |
| **DUES** | 99.00 | $1.15 | $113.85 |
| **INDUSTRY ADVANCEMENT** | 99.00 | $0.35 | $34.65 |
| **ANNUITY** | 90.00 | $9.05 | $814.50 |
| **LABOR MANAGEMENT** | 90.00 | $0.05 | $4.50 |
| **TARGET** | 90.00 | $0.50 | $45.00 |
| | | | $3,208.59 |

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: :2021 GF

PERIOD: JULY -DECEMBER 2021

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 126.00 | $8.19 | $1,031.94 |
| HEALTH & WELFARE | 138.00 | $14.13 | $1,949.94 |
| LEGAL | 126.00 | $0.20 | $25.20 |
| POLITICAL ACTION | 126.00 | $0.10 | $12.60 |
| EDUCATION & TRAINING | 126.00 | $0.25 | $31.50 |
| S.U.B. | 268.50 | $0.40 | $107.40 |
| DUES | 268.50 | $1.25 | $335.63 |
| INDUSTRY ADVANCEMENT | 268.50 | $0.35 | $93.98 |
| ANNUITY | 126.00 | $10.05 | $1,266.30 |
| LABOR MANAGEMENT | 126.00 | $0.05 | $6.30 |
| TARGET | 126.00 | $1.25 | $157.50 |
| | | | $5,018.28 |



WAGNER & ZWERMAN LLP
A division of
GETTRYMARCUS

ACCOUNTING | TAX | CONSULTING

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**AGREED UPON PROCEDURES REPORT**

| | | | |
|---|---|---|---|
| EMPLOYER: | PCI Industries Corp. | Exam Date: | 3/21/2023 |
| ADDRESS: | 550 Franklin Avenue | Contract Type: | GF |
| | Mt. Vernon, NY 10550 | Type of Payroll: | In-House |
| PHONE #: | 914-665-4700 | Report Date: | 3/30/2023 |
| Contact Person: | Peggie Hommel | Examiner: | Adam Novick |
| Shop # | 31071 | Examination # | 23-456-01 |

**EXAMINATION PERIOD: 1/1/2022- 12/31/2022**

| FUNDS | BENEFITS DUE | ADDITIONAL FUNDS | BENEFITS DUE |
|---|---|---|---|
| PENSION | $2,944.31 | POLITICAL ACTION | $35.95 |
| HEALTH & WELFARE | $5,765.04 | INDUSTRY ADVANCEMENT | $201.25 |
| LEGAL | $71.90 | DUES | $1,135.75 |
| EDUCATION & TRAINING | $89.88 | LABOR MANAGEMENT | $17.98 |
| S.U.B. | $375.95 | | |
| ANNUITY | $3,746.98 | | |
| TARGET | $516.38 | | |
| BENEFITS DUE SUBJECT TO INTEREST CHARGES | $13,510.42 | | |
| | | ADDITIONAL BENEFITS DUE** | $1,390.93 |
| SUBTOTAL | $13,510.42 | | |
| ADDITIONAL BENEFITS DUE** | $1,390.93 | | |
| TOTAL BENEFITS | **$14,901.35** | | |
| INTEREST @ 9.75% PER ANNUM : | $ 537.24 | | |
| **TOTAL BENEFITS PLUS INTEREST:** | **$15,438.59** | | |

GETTRY MARCUS CPA, P.C. | GETTRYMARCUS.COM
201 Old Country Rd., Suite 202, Melville, New York 11747 | T 631.777.1000
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797 | T 516.364.3390
1407 Broadway, 40th Floor, New York, New York 10018 | T 212.302.6000

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: :2022 GF

PERIOD: JANUARY 2022 -JUNE 2022

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 91.50 | $8.19 | $749.39 |
| HEALTH & WELFARE | 105.00 | $14.13 | $1,483.65 |
| LEGAL | 91.50 | $0.20 | $18.30 |
| POLITICAL ACTION | 91.50 | $0.10 | $9.15 |
| EDUCATION & TRAINING | 91.50 | $0.25 | $22.88 |
| S.U.B. | 158.00 | $0.40 | $63.20 |
| DUES | 158.00 | $1.25 | $197.50 |
| INDUSTRY ADVANCEMENT | 158.00 | $0.35 | $55.30 |
| ANNUITY | 91.50 | $10.05 | $919.58 |
| LABOR MANAGEMENT | 91.50 | $0.05 | $4.58 |
| TARGET | 91.50 | $1.25 | $114.38 |
| | | | $3,637.89 |

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: :2022 GF

PERIOD: JULY 2022 -DECEMBER 2022

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 268.00 | $8.19 | $2,194.92 |
| HEALTH & WELFARE | 303.00 | $14.13 | $4,281.39 |
| LEGAL | 268.00 | $0.20 | $53.60 |
| POLITICAL ACTION | 268.00 | $0.10 | $26.80 |
| EDUCATION & TRAINING | 268.00 | $0.25 | $67.00 |
| S.U.B. | 417.00 | $0.75 | $312.75 |
| DUES | 417.00 | $2.25 | $938.25 |
| INDUSTRY ADVANCEMENT | 417.00 | $0.35 | $145.95 |
| ANNUITY | 268.00 | $10.55 | $2,827.40 |
| LABOR MANAGEMENT | 268.00 | $0.05 | $13.40 |
| TARGET | 268.00 | $1.50 | $402.00 |
| | | | $11,263.46 |



WAGNER & ZWERMAN LLP
A division of
GETTRYMARCUS

ACCOUNTING | TAX | CONSULTING

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**AGREED UPON PROCEDURES REPORT**

| | | | |
|---|---|---|---|
| EMPLOYER: | PCI Industries Corp. | Exam Date: | 3/21/2023 |
| ADDRESS: | 550 Franklin Avenue | Contract Type: | GF |
| | Mt. Vernon, NY 10550 | Type of Payroll: | In-House |
| PHONE #: | 914-665-4700 | Report Date: | 3/30/2023 |
| Contact Person: | Peggie Hommel | Examiner: | Adam Novick |
| Shop # | 31071 | Examination # | 23-456-01 |

**EXAMINATION PERIOD: 1/1/2023- 2/26/2023**

| FUNDS | BENEFITS DUE | ADDITIONAL FUNDS | BENEFITS DUE |
|---|---|---|---|
| PENSION | $0.00 | POLITICAL ACTION | $0.00 |
| HEALTH & WELFARE | $141.30 | INDUSTRY ADVANCEMENT | $31.50 |
| LEGAL | $0.00 | DUES | $202.50 |
| EDUCATION & TRAINING | $0.00 | LABOR MANAGEMENT | $0.00 |
| S.U.B. | $67.50 | | |
| ANNUITY | $0.00 | | |
| TARGET | $0.00 | | |
| BENEFITS DUE SUBJECT TO INTEREST CHARGES | $208.80 | | |
| | | ADDITIONAL BENEFITS DUE** | $234.00 |
| SUBTOTAL | $208.80 | | |
| ADDITIONAL BENEFITS DUE** | $234.00 | | |
| **TOTAL BENEFITS** | **$442.80** | | |
| INTEREST @ 9.75% PER ANNUM : | $ 3.55 | | |
| **TOTAL BENEFITS PLUS INTEREST:** | **$446.35** | | |

GETTRY MARCUS CPA, P.C.
GETTRYMARCUS.COM
201 Old Country Rd., Suite 202, Melville, New York 11747
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797
1407 Broadway, 40th Floor, New York, New York 10018
T 631.777.1000
T 516.364.3390
T 212.302.6000

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: :2023 GF

PERIOD: 1/1/2023- 2/26/2023

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 0.00 | $8.19 | $0.00 |
| HEALTH & WELFARE | 10.00 | $14.13 | $141.30 |
| LEGAL | 0.00 | $0.20 | $0.00 |
| POLITICAL ACTION | 0.00 | $0.10 | $0.00 |
| EDUCATION & TRAINING | 0.00 | $0.25 | $0.00 |
| S.U.B. | 90.00 | $0.75 | $67.50 |
| DUES | 90.00 | $2.25 | $202.50 |
| INDUSTRY ADVANCEMENT | 90.00 | $0.35 | $31.50 |
| ANNUITY | 0.00 | $10.55 | $0.00 |
| LABOR MANAGEMENT | 0.00 | $0.05 | $0.00 |
| TARGET | 0.00 | $1.50 | $0.00 |
| | | | $442.80 |



WAGNER & ZWERMAN LLP
A division of
GETTRYMARCUS

ACCOUNTING | TAX | CONSULTING

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**AGREED UPON PROCEDURES REPORT**

| | | | |
|---|---|---|---|
| EMPLOYER: | PCI Industries Corp. | Exam Date: | 3/21/2023 |
| ADDRESS: | 550 Franklin Avenue | Contract Type: | Heavy Const. |
| | Mt. Vernon, NY 10550 | Type of Payroll: | In-House |
| PHONE #: | 914-665-4700 | Report Date: | 3/30/2023 |
| Contact Person: | Peggie Hommel | Examiner: | Adam Novick |
| Shop # | 31001 | Examination # | 23-456-01 |

**EXAMINATION PERIOD: 1/1/2021- 12/31/2021**

| FUNDS | BENEFITS DUE | ADDITIONAL FUNDS | BENEFITS DUE |
|---|---|---|---|
| PENSION | $2,171.15 | POLITICAL ACTION | $27.61 |
| HEALTH & WELFARE | $4,035.86 | INDUSTRY ADVANCEMENT | $109.52 |
| LEGAL | $52.71 | DUES | $388.30 |
| EDUCATION & TRAINING | $65.26 | LABOR MANAGEMENT | $12.55 |
| S.U.B. | $120.80 | | |
| ANNUITY | $2,639.79 | | |
| TARGET | $313.72 | | |
| BENEFITS DUE SUBJECT TO INTEREST CHARGES | $9,399.29 | | |
| | | ADDITIONAL BENEFITS DUE** | $537.98 |
| SUBTOTAL | $9,399.29 | | |
| ADDITIONAL BENEFITS DUE** | $537.98 | | |
| TOTAL BENEFITS | **$9,937.27** | | |
| INTEREST @ 9.75% PER ANNUM : | $ 1,272.04 | | |
| **TOTAL BENEFITS & INTEREST:** | **$11,209.31** | | |

GETTRY MARCUS CPA, P.C.
GETTRYMARCUS.COM
201 Old Country Rd., Suite 202, Melville, New York 11747
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797
1407 Broadway, 40th Floor, New York, New York 10018
T 631.777.1000
T 516.364.3390
T 212.302.6000

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: :2021 HEAVY CONSTRUCTION

PERIOD: JAN-JUNE 2021

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 22.00 | $8.65 | $190.30 |
| HEALTH & WELFARE | 22.00 | $14.92 | $328.24 |
| LEGAL | 22.00 | $0.21 | $4.62 |
| POLITICAL ACTION | 22.00 | $0.11 | $2.42 |
| EDUCATION & TRAINING | 22.00 | $0.26 | $5.72 |
| S.U.B. | 22.00 | $0.26 | $5.72 |
| DUES | 22.00 | $1.21 | $26.62 |
| INDUSTRY ADVANCEMENT | 22.00 | $0.37 | $8.14 |
| ANNUITY | 22.00 | $9.55 | $210.10 |
| LABOR MANAGEMENT | 22.00 | $0.05 | $1.10 |
| TARGET | 22.00 | $0.52 | $11.44 |
| | | | $794.42 |

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: :2021 HEAVY CONSTRUCTION

PERIOD: JULY -DECEMBER 2021

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 229.00 | $8.65 | $1,980.85 |
| HEALTH & WELFARE | 248.50 | $14.92 | $3,707.62 |
| LEGAL | 229.00 | $0.21 | $48.09 |
| POLITICAL ACTION | 229.00 | $0.11 | $25.19 |
| EDUCATION & TRAINING | 229.00 | $0.26 | $59.54 |
| S.U.B. | 274.00 | $0.42 | $115.08 |
| DUES | 274.00 | $1.32 | $361.68 |
| INDUSTRY ADVANCEMENT | 274.00 | $0.37 | $101.38 |
| ANNUITY | 229.00 | $10.61 | $2,429.69 |
| LABOR MANAGEMENT | 229.00 | $0.05 | $11.45 |
| TARGET | 229.00 | $1.32 | $302.28 |
| | | | $9,142.85 |



WAGNER & ZWERMAN LLP
A division of
GETTRYMARCUS

ACCOUNTING | TAX | CONSULTING

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**AGREED UPON PROCEDURES REPORT**

| | | | |
|---|---|---|---|
| EMPLOYER: | PCI Industries Corp. | Exam Date: | 3/21/2023 |
| ADDRESS: | 550 Franklin Avenue | Contract Type: | Heavy Const. |
| | Mt. Vernon, NY 10550 | Type of Payroll: | In-House |
| PHONE #: | 914-665-4700 | Report Date: | 3/30/2023 |
| Contact Person: | Peggie Hommel | Examiner: | Adam Novick |
| Shop # | 31001 | Examination # | 23-456-01 |

**EXAMINATION PERIOD: 1/1/2022- 12/31/2022**

| FUNDS | BENEFITS DUE | ADDITIONAL FUNDS | BENEFITS DUE |
|---|---|---|---|
| PENSION | $8,879.23 | POLITICAL ACTION | $112.92 |
| HEALTH & WELFARE | $16,053.92 | INDUSTRY ADVANCEMENT | $406.45 |
| LEGAL | $215.57 | DUES | $2,468.15 |
| EDUCATION & TRAINING | $266.89 | LABOR MANAGEMENT | $51.33 |
| S.U.B. | $816.76 | | |
| ANNUITY | $11,364.19 | | |
| TARGET | $1,587.03 | | |
| BENEFITS DUE SUBJECT TO INTEREST CHARGES | $39,183.58 | | |
| | | ADDITIONAL BENEFITS DUE** | $3,038.84 |
| SUBTOTAL | $39,183.58 | | |
| ADDITIONAL BENEFITS DUE** | $3,038.84 | | |
| **TOTAL BENEFITS** | **$42,222.41** | | |
| INTEREST @ 9.75% PER ANNUM : | $ 1,263.56 | | |
| **TOTAL BENEFITS & INTEREST:** | **$43,485.97** | | |

GETTRY MARCUS CPA, P.C.
GETTRYMARCUS.COM

201 Old Country Rd., Suite 202, Melville, New York 11747
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797
1407 Broadway, 40th Floor, New York, New York 10018

T 631.777.1000
T 516.364.3390
T 212.302.6000

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**CLAIM WORKSHEET**

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: 2022 HEAVY CONSTRUCTION

PERIOD: JANUARY 2022 -JUNE 2022

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 134.00 | $8.65 | $1,159.10 |
| HEALTH & WELFARE | 136.00 | $14.92 | $2,029.12 |
| LEGAL | 134.00 | $0.21 | $28.14 |
| POLITICAL ACTION | 134.00 | $0.11 | $14.74 |
| EDUCATION & TRAINING | 134.00 | $0.26 | $34.84 |
| S.U.B. | 138.00 | $0.42 | $57.96 |
| DUES | 138.00 | $1.32 | $182.16 |
| INDUSTRY ADVANCEMENT | 138.00 | $0.37 | $51.06 |
| ANNUITY | 134.00 | $10.61 | $1,421.74 |
| LABOR MANAGEMENT | 134.00 | $0.05 | $6.70 |
| TARGET | 134.00 | $1.32 | $176.88 |
| | | | $5,162.44 |

WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS
CLAIM WORKSHEET

EMPLOYER  :          PCI INDUSTRIES INC.
EXAMINATION  YEAR:  :2022              HEAVY CONSTRUCTION

PERIOD:              JULY 2022 -DECEMBER 2022

SCHEDULE  OF  UNREPORTED  HOURS  :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 892.50 | $8.65 | $7,720.13 |
| HEALTH & WELFARE | 940.00 | $14.92 | $14,024.80 |
| LEGAL | 892.50 | $0.21 | $187.43 |
| POLITICAL ACTION | 892.50 | $0.11 | $98.18 |
| EDUCATION & TRAINING | 892.50 | $0.26 | $232.05 |
| S.U.B. | 960.50 | $0.79 | $758.80 |
| DUES | 960.50 | $2.38 | $2,285.99 |
| INDUSTRY ADVANCEMENT | 960.50 | $0.37 | $355.39 |
| ANNUITY | 892.50 | $11.14 | $9,942.45 |
| LABOR MANAGEMENT | 892.50 | $0.05 | $44.63 |
| TARGET | 892.50 | $1.58 | $1,410.15 |
| | | | $37,059.97 |



WAGNER & ZWERMAN LLP
A division of
GETTRYMARCUS

ACCOUNTING | TAX | CONSULTING

**WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS**
**AGREED UPON PROCEDURES REPORT**

| | | | |
|---|---|---|---|
| EMPLOYER: | PCI Industries Corp. | Exam Date: | 3/21/2023 |
| ADDRESS: | 550 Franklin Avenue | Contract Type: | Heavy Const. |
| | Mt. Vernon, NY 10550 | Type of Payroll: | In-House |
| PHONE #: | 914-665-4700 | Report Date: | 3/30/2023 |
| Contact Person: | Peggie Hommel | Examiner: | Adam Novick |
| Shop # | 31001 | Examination # | 23-456-01 |

**EXAMINATION PERIOD: 1/1/2023- 2/26/2023**

| FUNDS | BENEFITS DUE | ADDITIONAL FUNDS | BENEFITS DUE |
|---|---|---|---|
| PENSION | $155.70 | POLITICAL ACTION | $1.98 |
| HEALTH & WELFARE | $298.40 | INDUSTRY ADVANCEMENT | $7.77 |
| LEGAL | $3.78 | DUES | $49.98 |
| EDUCATION & TRAINING | $4.68 | LABOR MANAGEMENT | $0.90 |
| S.U.B. | $16.59 | | |
| ANNUITY | $200.52 | | |
| TARGET | $28.44 | | |
| BENEFITS DUE SUBJECT TO INTEREST CHARGES | $708.11 | | |
| | | ADDITIONAL BENEFITS DUE** | $60.63 |
| SUBTOTAL | $708.11 | | |
| ADDITIONAL BENEFITS DUE** | $60.63 | | |
| TOTAL BENEFITS | $768.74 | | |
| INTEREST @ 9.75% PER ANNUM : | $ 5.67 | | |
| **TOTAL BENEFITS & INTEREST:** | **$774.41** | | |

GETTRY MARCUS CPA, P.C.
GETTRYMARCUS.COM

201 Old Country Rd., Suite 202, Melville, New York 11747
88 Froehlich Farm Blvd., 3rd Floor, Woodbury, New York 11797
1407 Broadway, 40th Floor, New York, New York 10018

T 631.777.1000
T 516.364.3390
T 212.302.6000

WESTCHESTER TEAMSTERS LOCAL 456 BENEFIT FUNDS
CLAIM WORKSHEET

EMPLOYER : PCI INDUSTRIES INC.
EXAMINATION YEAR: :2023 HEAVY CONSTRUCTION

PERIOD: JANUARY 2023 -FEBRUARY 2023

SCHEDULE OF UNREPORTED HOURS :

| FUNDS | HOURS | RATE | AMOUNT DUE |
|---|---|---|---|
| PENSION | 18.00 | $8.65 | $155.70 |
| HEALTH & WELFARE | 20.00 | $14.92 | $298.40 |
| LEGAL | 18.00 | $0.21 | $3.78 |
| POLITICAL ACTION | 18.00 | $0.11 | $1.98 |
| EDUCATION & TRAINING | 18.00 | $0.26 | $4.68 |
| S.U.B. | 21.00 | $0.79 | $16.59 |
| DUES | 21.00 | $2.38 | $49.98 |
| INDUSTRY ADVANCEMENT | 21.00 | $0.37 | $7.77 |
| ANNUITY | 18.00 | $11.14 | $200.52 |
| LABOR MANAGEMENT | 18.00 | $0.05 | $0.90 |
| TARGET | 18.00 | $1.58 | $28.44 |
| | | | $768.74 |